381 A.2d 913

R. M. Shoemaker Co. v. Blumenfeld et al., Appellants, et al.

R. M. Shoemaker Co., Appellant, v. Blumenfeld et al.

Argued September 19, 1977. Milton S. Lazaroff, for appellants at No. 779, and appellees at No. 796; Victor Wright, for appellant at No. 796, and appellee at No. 779.

Order and judgment affirmed.

Supersedeas dissolved.

JACOBS and PRICE, JJ., did not participate in the consideration or decision of this case.